# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: CAROL CORCORAN                                                           Case No.: 107-41607-ESS

   Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marianne De Rosa, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/31/2007.
2) The plan was confirmed on 05/23/2007.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/15/2008.
5) The case was completed on 03/20/2012.
6) Number of months from filing or conversion to last payment: 60.
7) Number of months case was pending: 63.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 32,014.49.
10) Amount of unsecured claims discharged without full payment: 75,081.98.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $8,376.00 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $8,376.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $1,000.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $775.12 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $1,775.12 |
| Attorney fees paid and disclosed by debtor: | $2,000.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | Unsecured | 4,506.00 | 4,506.64 | 4,506.64 | 424.15 | .00 |
| AMERICAN EXPRESS TRAVEL RELATED | Unsecured | 3,457.00 | 4,061.68 | 4,061.68 | 382.28 | .00 |
| AMERICAN EXPRESS TRAVEL RELATED | Unsecured | 177.00 | 162.37 | 162.37 | 15.29 | .00 |
| AMEX | Unsecured | 371.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | Unsecured | 4,270.00 | 4,864.35 | 4,864.35 | 457.82 | .00 |
| DISCOVER CARD | Unsecured | 7,060.00 | 7,910.14 | 7,910.14 | 744.48 | .00 |
| EAST BAY FUNDING, LLC | Unsecured | 16,612.00 | 18,881.54 | 18,881.54 | 1,777.08 | .00 |
| EAST BAY FUNDING, LLC | Unsecured | 5,144.00 | 5,865.44 | 5,865.44 | 552.04 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 6,133.00 | 7,571.70 | 7,571.70 | 712.63 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 984.00 | 1,342.27 | 1,342.27 | 126.34 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 1,245.00 | 1,458.82 | 1,458.82 | 137.31 | .00 |
| LVNV FUNDING | Unsecured | 3,699.00 | 4,422.00 | 4,422.00 | 416.19 | .00 |
| LVNV FUNDING | Unsecured | 3,236.00 | 3,576.13 | 3,576.13 | 336.59 | .00 |
| MACYS | Unsecured | 1,881.00 | NA | NA | .00 | .00 |
| NEXTCARD | Unsecured | 5,760.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: CAROL CORCORAN                                                                Case No.: 107-41607-ESS

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PROVIDIAN | Unsecured | NA | 3,985.65 | 3,985.65 | 375.13 | .00 |
| QVC NETWORK, INC. | Unsecured | 1,243.00 | 1,525.13 | 1,525.13 | 143.55 | .00 |
| WASHINGTON MUTUAL-PROVIDIAN | Unsecured | 3,537.00 | NA | NA | .00 | .00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 70,133.86 | 6,600.88 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $1,775.12 |
| Disbursements to Creditors: | $6,600.88 |
| **TOTAL DISBURSEMENTS:** | $8,376.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 06/01/2012                    By: /s/Marianne De Rosa
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.